IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steve Wallach, et al., | No. CV-19-04564-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Nicole Johnson, et al., | |
| Defendants. | |

The Court is in receipt of *pro se* Defendant Nichole Johnson's Motion to Vacate Judgment (Doc. 17). Plaintiffs have not responded and the time to do so has not expired; however, the Court finds a response unnecessary. In her Motion, Defendant asked the Court to "vacate [the] judgment on the grounds of Plaintiffs not properly serving [her]." (*Id.* at 1). However, default judgment was not entered in this case. On October 8, 2019, the Court denied Plaintiff's Motion for Default Judgment because the Court found that it did not have personal jurisdiction over Defendant. (Doc. 16). The Court therefore dismissed this action. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Vacate Judgment (Doc. 17) is **DENIED as moot**.

…

…

…

…

**IT IS FURTHER ORDERED** respectfully directing the Clerk of Court to mail a copy of this Order and the Court's October 8, 2019 Order (Doc. 16) to Defendant Nicole Johnson at 1436 Langford Road, Gwynn Oak, MD 21207.

Dated this 17th day of October, 2019.

*/s/ Diane J. Humetewa*
Honorable Diane J. Humetewa
United States District Judge